**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Fultz & Son, Inc.,                                            Case No. 3:17CV53

            Plaintiff

          v.                                              **JUDGMENT ENTRY**

Browning-Ferris Industries of Ohio, Inc.,

           Defendant

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. Defendant's motion to transfer venue (Doc. 5) be, and the same hereby is granted; and

2. The clerk of court is directed to transfer this case to the Eastern Division of the United States District Court for the Northern District of Ohio.

So ordered.

                                                         /s/ James G. Carr
                                                         Sr. U.S. District Judge